IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-08-132 |
| | § | |
| FRED JOSEPH COOPER | § | |

**O R D E R**

Counsel for the defendant orally motioned the court to withdraw at the conference held on September 23, 2009. The motion is granted. The magistrate judge will appoint new counsel. Counsel will advise the court upon appointment if more time is needed beyond the deadlines set.

The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | November 16, 2009 |
| Responses to be filed by: | November 30, 2009 |
| Pretrial conference is reset to**:** | **December 7, 2009, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **December 14, 2009, at 9:00 a.m.** |

SIGNED on September 25, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge