IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-09-132 |
| FRED JOSEPH COOPER | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 96). The motion for continuance is GRANTED. The sentencing hearing is reset to **February 9, 2011, at 9:00 a.m.** Objections to the presentence report are due by **January 19, 2011.**

SIGNED on December 8, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge