IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-09-132 |
| | § |
| FRED JOSEPH COOPER | § |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 101). The motion for continuance is GRANTED. The sentencing hearing is reset to **April 14, 2011, at 9:00 a.m.** Objections to the presentence report are due by **March 30, 2011.**

SIGNED on January 26, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge